No. 157. Ryan Stevedoring Co., Inc. *v.* Pan-Atlantic Steamship Corp. Certiorari, 348 U. S. 813, to the United States Court of Appeals for the Second Circuit. The motion for leave to file brief of American Merchant Marine Institute, Inc., as *amicus curiae*, is denied. Mr. Justice Black and Mr. Justice Douglas would grant leave to file. The motion of the Government for leave to

appear and present oral argument, as *amicus curiae,* is granted. *Solicitor General Soboloff* filed the motion for the Government.